OPINION — AG — ** TELEPHONE CALLS — TRACING — AUTHORITY ** 21 O.S. 1757 [21-1757], 21 O.S. 1782 [21-1782] DOES 'NOT' PROHIBIT A TELEPHONE COMPANY FROM " TRACING A CALL " IN COOPERATION WITH PROPER POLICE AUTHORITIES. THIS DOES NOT MEAN, HOWEVER, THAT A TELEPHONE COMPANY 'CAN' BE REQUIRED TO DO SO. (DISCLOSURE OF INFORMATION BY TELEPHONE, CONFIDENTIAL, RECORDS, PUBLIC RECORD, COMMUNICATION, LISTEN) CITE: 21 O.S. 1757 [21-1757], 21 O.S. 1782 [21-1782],47 U.S.C.A. 605 (CRIMINAL ACTION, LAW ENFORCEMENT) (JAMES P. GARRETT)